IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01509-BNB

ENCARNACION T. RIVERA,

    Plaintiff,

v.

ARI ZAVARAS, D.O.C. Executive Director
BEVERLY DOWIS, Sterling Correctional Facility, and
MEDICAL DEPARTMENT,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 28 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff Encarnacion T. Rivera initiated this action by filing *pro se* a letter to the Court complaining about the medical treatment he has received while incarcerated. In an order filed on July 17, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Rivera to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Rivera to file a Prisoner Complaint and either to pay the filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Rivera was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On July 28, 2008, Mr. Rivera filed a Prisoner Complaint, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and another motion seeking leave to proceed *in forma pauperis*. However, the motions seeking leave to

proceed *in forma pauperis* are deficient because the account statement Mr. Rivera submitted in support of the motions, which is dated April 15, 2008, does not cover the six-month period immediately preceding the filing of the complaint as required pursuant to § 1915(a)(2) and as specified on the Court's form *in forma pauperis* motion. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the motions seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 are denied as moot.

DATED at Denver, Colorado, this 28 day of Aug., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01509-BNB

Encarnacion T. Rivera
Prisoner No. 111364
Sterling Correctional Facility
PO Box 6000 - 6C-108
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/28/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk